FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ JUL 18 2005 ★
P.M. _____
TIME A.M. _____

D&F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

   - against -

RAFAEL LUGO
----------------------------------X

ORDER OF REFERRAL
CR05-366    JB    (JBW)

1. The district judge refers any application by a defendant for permission to enter a plea of guilty to a magistrate judge of this court to conduct an allocution pursuant to F.R. Crim. P., Rule 11, and to (a) find if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as practicable. With the oral consent of the parties on the record, the probation investigation of the defendant may commence as soon as the allocution is completed by the magistrate judge.

2. The district judge refers any application by a defendant (or each defendant if there is more than one) to a magistrate judge of this court for selection of a jury of twelve with six alternates.

SO ORDERED.

                             Jack B. Weinstein
Brooklyn, New York        Senior United States District Judge
7/8/05

[Strike paragraph 1 or 2 if it is not applicable. If there is more than one defendant, each defendant and his or her counsel must sign the waiver of the right to have a district judge select the jury or the waiver is invalid.]

Voluntarily consented to after full consultation by defendant with counsel. Defendant will suffer no prejudice by not consenting. If there is no consent, the district court judge assigned rather than the magistrate judge will act.

Defendant:

Attorney for Defendant:

U.S. Attorney by A.U.S.A.:    Steven Weiser

USMJ 7/18/05